IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIMBRIDGE HOSPITALITY, LLC,<br><br>Defendant. | Case No. 2:17-cv-01649-JFC<br><br>Judge Joy Flowers Conti |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

For all the reasons set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiff respectfully requests that the Court enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

Attached to this Motion are the following exhibits:

    Exhibit 1 – Declaration of Kelly K. Iverson
    Exhibit 2 – Declaration of Nicole S. Graves
    Exhibit 3 – Proposed Final Judgment

Dated:  March 29, 2019

Respectfully submitted,

*/s/ Kelly K. Iverson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Kelly K. Iverson
kiverson@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2019, a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT was served upon all counsel of record via the Court's electronic filing system.

*/s/ Kelly K. Iverson*
