# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AIMBRIDGE HOSPITALITY, LLC, <br><br> Defendant. | Case No. 2:17-1649-JFC |

### DECLARATION OF NICOLE S. GRAVES

I, Nicole S. Graves, being duly sworn, hereby state:

1. I am Aimbridge Hospitality, LLC's Vice President and Associate General Counsel.

2. I oversaw the notice-posting for the class action settlement in this case.

3. In carrying out this requirement, I directed the hotel locations at issue in this dispute to post the Short Notice to Class of Proposed Settlement, an example of which is set forth at ECF No. 29.1.

4. To the best of my knowledge, and consistent with my direction, the relevant hotels posted the Notice from January 25, 2019 through March 11, 2019 in a public area.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 29th day of March, 2019

_____