IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIMBRIDGE HOSPITALITY, LLC,<br><br>Defendant. | Case No. 2:17-cv-01649-JFC |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court, and having conducted an inquiry, pursuant to Rule 23 of the Federal Rules of Civil Procedure, he Court finds that the Settlement Agreement was entered by all parties in good faith, is fair, reasonable and adequate, and accordingly the Settlement Agreement is approved. The Court will, or the Clerk of the Court shall simultaneously, enter the Judgment (Exhibit 3 to Motion for Final Approval) provided in the Settlement Agreement. Class Counsel shall effectuate the Settlement consistent with the terms of the Settlement Agreement.

DATED: April 23, 2019         /s/ JOY FLOWERS CONTI
                              Joy Flowers Conti
                              Senior United States District Judge