IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIMBRIDGE HOSPITALITY, LLC,<br><br>Defendant. | Case No. 2:17-cv-01649-JFC |

**ORDER GRANTING UNOPPOSED MOTION
FOR REASONABLE ATTORNEYS' FEES AND COSTS**

It is hereby ORDERED that Plaintiff's Unopposed Motion for Reasonable Attorneys' Fees and Costs is GRANTED. Defendant is directed to pay attorneys' fees and costs to class counsel consistent with the terms of the Class Action Settlement Agreement.

DATED: April 23, 2019
/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Judge